```
Alan S. Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Movant
U.S. Bank National Association, as trustee, on behalf of the
holders of the Asset Backed Securities Corporation Home
Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-
Through Certificates, Series AMQ 2006-HE7
```

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: ) | CASE: 10-40782TK |
| ) | |
| KENNETH W. SOLA aka KEN W. SOLA dba ) | CHAPTER 7 |
| KWS COMMUNICATIONS, INC. dba SOLA ) | |
| SYSTEMS, INC. ) | REF.: ASW-686 |
| ) | |
| Debtor. ) | MOTION FOR RELIEF FROM |
| ) | THE AUTOMATIC STAY AND |
| ) | DECLARATION OF JO-ANN |
| ) | GOLDMAN IN SUPPORT |
| ) | THEREON |
| ) | |
| ) | DATE: 04/30/10 |
| ) | TIME: 11:00am |
| ) | CTRM: 201 |
| ) | U.S. Bankruptcy Court |
| ) | 1300 Clay Street |
| _____ ) | Oakland, California |

The Motion of U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7 respectfully shows as follows:

    1.   This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334.

Matter I.D. 6401-5846

2. On January 25, 2010, a petition under Chapter 7 of the Bankruptcy Code was filed by the Debtor.

3. JOHN KENDALL is the Chapter 7 Trustee for this case.

4. Movant is, and at all times herein mentioned was a corporation organized and existing under the laws of the United States.

5. Movant is the beneficiary under a Deed of Trust by way of assignment which secures a Promissory Note ("Note") in the principal sum of $565,000, with the Note all due and payable on September 1, 2036. The Note and Deed encumber real property commonly known as:

1180 Green Gables Court, Concord, CA 94518 ("Property") and legally described as set forth in the Deed of Trust, which is attached to the Declaration of JO-ANN GOLDMAN.

6. The beneficial interest under the Deed of Trust is currently held by Movant by way of assignment. See Declaration of JO-ANN GOLDMAN.

7. There was a default under the terms of the Note and Deed of Trust and on November 16, 2009, Movant caused to be recorded a Notice of Default and Election to Sell.

8. The Property is Debtor's principal residence.

9. As of March 11, 2010, the Debtor has failed to tender 11 of the contractual payments which have fallen due under the Note and Deed of Trust.

10. The total amount due under Movant's Note and Deed of Trust as of March 11, 2010, exclusive of attorneys fees

and costs, was approximately $601,699.59.  See Statement of Indebtedness attached hereto as <u>Exhibit "1"</u>.

11.  The Property is also encumbered by additional liens and arrearages which, when added to Movant's lien and arrearages, total approximately $720,132.28.

12.  Movant requests the Court take Judicial Notice that the Debtor's Schedule "A" provides the fair market value of the Property is approximately $650,000.00.  A true and correct copy of Schedule "A" is attached hereto as <u>Exhibit "2"</u> and incorporated by reference.

13.  Movant requests the Court take Judicial Notice that the Debtor's Schedule "D" reflects the Property is encumbered by two additional liens.  A true and correct copy of the Debtor's Schedule "D" is attached hereto as <u>Exhibit "3"</u> and incorporated by reference.

14.  Due to the liens, encumbrances and arrearages existing against the Property, and due to current market trends and costs of sale, the Debtor does not have any equity in the Property.

15.  The Debtor has no reasonable prospect for reorganization and the Property is not necessary for an effective reorganization.

16.  Movant does not have, and has not been offered, adequate protection for its interest in the Property and the passage of time will result in irreparable injury to Movant's interest in the Property including, but not limited to, loss of interest and opportunity.

Matter I.D. 6401-5846
Case: 10-40782    Doc# 13    Filed: 03/18/10    Entered: 03/18/10 21:11:22    Page 3 of 10

17. For all the reasons set forth herein, there is cause for relief from stay including, but not limited to, lack of adequate protection and the Debtor's failure to make the required Deed of Trust payments.

WHEREFORE, Movant prays for the judgment against Respondents as follows:

(1) That the automatic stay be terminated so that Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after the foreclosure sale, including, but not limited to, the right to consummate foreclosure proceedings on the property and the right to proceed in unlawful detainer;

(2) For reasonable attorneys' fees as a secured claim under 11 U.S.C. Section 506(b);

(3) For the waiver of the 14 day stay pursuant to Bankruptcy Rule 4001(a)(3).

(4) For reasonable attorneys' fees and costs;

(5) For costs incurred or expended in suit herein; and

(6) For such other and further relief as the Court deems just and proper.

Dated: March 17, 2010

/s/ Alan Steven Wolf
ALAN STEVEN WOLF
Attorneys for Movant
U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7

# EXHIBIT 1

MOVANT'S STATEMENT OF INDEBTEDNESS

Debtor:            SOLA
CASE NO.:          10-40782TK
PROPERTY ADDRESS:  1180 Green Gables Court
                   Concord, CA  94518

A.  APPROX. PRINCIPAL DUE AS OF March 11, 2010:
1st trust deed SELECT PORTFOLIO         = $    556,552.16
2nd trust deed WELLS FARGO              = $    110,574.45
Property Taxes                          = $      7,858.24

                                  TOTAL = $    674,984.85

B.  APPROX. DELINQUENCY ON ABOVE INDEBTEDNESS AS OF 03/11/10:
Movant's first trust deed payments and late charges:

5    payment(s) at    $   3,959.66   = $     19,798.30
6    payment(s) at    $   3,625.18   = $     21,751.08

              Accrued Late Charges $         726.96
                    Escrow Advance $       4,342.03
              Less Funds in Suspense $     -2,927.84
                       Miscellaneous $     1,456.90

                              TOTAL $     45,147.43

C.  VALUE OF PROPERTY:                         $   650,000.00
D.  LESS TOTAL OF PRINCIPAL AND DELINQUENCY:   $   720,132.28

E.  GROSS EQUITY (D-C)*:                       $   -70,132.28

* Note:  The gross equity, if any, will be further diminished
  by current market conditions and costs of sale.

# EXHIBIT 2

FORM B6A (Official Form 6A) (12/07)

In re **Kenneth W. Sola**                              ,   Case No._____
             Debtor(s)                                                          (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *1180 Green Gables Ct. Concord, CA  94518 1st($556,552.16)   2nd (110574.45) taxes ($7,858)* | *Fee* | C | $ 650,000.00 | $ 650,000.00 |
| | | **TOTAL $** (Report also on Summary of Schedules.) | 650,000.00 | |

No continuation sheets attached

# EXHIBIT 3

Case: 10-40782   Doc# 13   Filed: 03/18/10   Entered: 03/18/10 21:11:22   Page 9 of 10

B6D (Official Form 6D) (12/07)

In re **Kenneth W. Sola** _____, Case No. _____
                         **Debtor(s)**                            (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *2400*<br>*Creditor # : 1*<br>*Contra Costa County*<br>*Tax Collector*<br>*P.O. Box 7002*<br>*San Francisco CA 94120-7002* | | *2008-2009*<br>*Real Property Taxes*<br>*1180 Green Gables Ct.*<br><br>Value: *$ 650,000.00* | | | | *$ 7,858.24* | *$ 7,858.24* |
| Account No: *6653*<br>*Creditor # : 2*<br>*Select Portfolio Servicing, In*<br>*P.O. Box 65250*<br>*Salt Lake City UT 84165-0250* | | *2-13-09*<br>*1st on Home*<br>*1180 Green Gables Ct.*<br><br>Value: *$ 650,000.00* | | | | *$ 556,552.16* | *$ 0.00* |
| Account No: *9504*<br>*Creditor # : 3*<br>*Wells Fargo financial*<br>*P.O. Box 98798*<br>*Las Vegas NV 89193-8798* | | *2-3-09*<br>*2nd on home*<br>*1180 Green Gables Ct.*<br><br>Value: *$ 650,000.00* | | | | *$ 110,574.45* | *$ 17,126.61* |
| No continuation sheets attached | | | | | Subtotal $<br>(Total of this page) | *$ 674,984.85* | *$ 24,984.85* |
| | | | | | Total $<br>(Use only on last page) | *$ 674,984.85*<br>(Report also on Summary of Schedules.) | *$ 24,984.85*<br>(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |