

Alan Steven Wolf, Bar No. 94665
Daniel Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
(949) 720-9200 Telephone
(949) 608-0128 Fax
Alan.Wolf@wolffirm.com

Signed: May 05, 2010

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**

Attorneys for Movant
U.S. Bank National Association,
as trustee, on behalf of the
holders of the Asset Backed
Securities Corporation Home
Equity Loan Trust, Series AMQ
2006-HE7 Asset Backed Pass-Through
Certificates, Series AMQ 2006-HE7

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE: 10-40782TK |
| KENNETH W. SOLA aka KEN W. SOLA dba KWS COMMUNICATIONS, INC. dba SOLA SYSTEMS, INC. | CHAPTER 7 |
| | REF.: ASW-686 |
| Debtor. | ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | DATE: 04/30/10<br>TIME: 11:00am<br>CTRM: 201 |
| | U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, California<br>94604 |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7, and having come to be heard before the HONORABLE LESLIE TCHAIKOVSKY, UNITED STATES BANKRUPTCY JUDGE, on April

Matter I.D. 6401-5846

30, 2010, Movant appearing by its attorneys THE WOLF FIRM, and there being no pleading in opposition nor appearance by the Trustee or the Debtor, and the Debtor having received his discharge on April 27, 2010, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and after due deliberation, does make its order as follows:

IT IS ORDERED that with respect to the real property commonly known as 1180 Green Gables Court, Concord, CA 94518, and more fully described as follows:

> SEE DOCUMENT NO. 2006-0268208-00 RECORDED
> IN THE OFFICIAL RECORDS OF CONTRA COSTA
> COUNTY ON 8/24/2006

Movant and its agents and successors are relieved of the automatic stay as to the bankruptcy estate, and said stay is immediately terminated, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

IT IS FURTHER ORDERED that the 14 day stay of Bankruptcy Rule 4001(a)(3) is hereby waived.

**\*\* END OF ORDER \*\***

```
                        COURT SERVICE LIST
 1

 2  Debtor:
    KENNETH W. SOLA
 3  1180 Green Gables Ct.
    Concord, CA 94518-1734
 4
    Chapter 7 Trustee:
 5  JOHN KENDALL
    2601 Blanding Ave.
 6  Bldg #C, Suite 110
    Alameda, CA  94501
 7
    Debtor's Counsel:
 8  DAVID M. STERNBERG
    David M. Sternberg and Assoc.
 9  540 Lennon Ln.
    Walnut Creek, CA 94598
10
    THE WOLF FIRM
11  2955 Main Street, 2$^{nd}$ Floor
    Irvine, CA 92651
12
```

Matter I.D. 6401-5846